# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00294-CV

**Manor Independent School District, Appellant**

**v.**

**Deydra Steans, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-13-000241, HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Manor Independent School District has filed a notice of an interlocutory appeal and a motion for emergency stay. *See* Tex. R. App. P. 25.1, 28.1, 29.5; *see also* Tex. Civ. Prac. & Rem. Code § 51.014(a)(8) (allowing interlocutory appeal from grant or denial of plea to jurisdiction filed by governmental unit). We grant the motion for emergency relief and temporarily stay the jury trial of the underlying case, which is currently scheduled for May 18, 2015, pending further order of this Court. *See* Tex. R. App. P. 29.3. The Court orders the appellee Deydra Steans to file a response to the motion for emergency stay on or before May 26, 2015.

It is ordered May 15, 2015.

Before Justices Puryear, Pemberton, and Bourland